UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYNDRA S. WEATHERLY,<br><br>    Plaintiff,<br> v.<br><br>MADIGAN ARMY MEDICAL CENTER et al.,<br><br>    Defendants. | CASE NO. 3:25-cv-05330-DGE<br><br>ORDER ON STIPULATED MOTION TO STAY NOTING DATE (DKT. NO. 13) |

Before the Court is the parties' stipulated motion (Dkt. No. 13) to hold in abeyance the noting date for the Motion to Dismiss (Dkt. No. 11) until the third business day after the restoration of government funding. The Court GRANTS the parties' motion in part. The Court STRIKES the Motion to Dismiss (Dkt. No. 11), which may be re-filed and re-noted by Defendants for three business days after the shutdown ends. The Court also will not issue an order regarding initial disclosures and the filing of a joint status report until after the shutdown has ended.

ORDER ON STIPULATED MOTION TO STAY NOTING DATE (DKT. NO. 13) - 1

1  The Clerk is directed to calendar an internal status review for November 24, 2025 for the
2  Court to monitor the status of this case.
3  Dated this 27th day of October, 2025.

David G. Estudillo
United States District Judge